IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02027-MSK-BNB

ALISHA MOORE,

        Plaintiff,

v.

SUNCOR ENERGY, and
SUNCOR ENERGY U.S.A. INC.,

        Defendants.

## ORDER DENYING MOTIONS TO STAY

THIS MATTER comes before the Court on two pieces of correspondence **(#5, #7)** from the Plaintiff asking the Court to stay this case pending arbitration. The Court construes both letters as motions to stay the case pending arbitration.

Although she is *pro se*, the Plaintiff is required to comply with all rules of this Court. *See Ogden v. San Juan County*, 32 F.3d 452, 455 (10th Cir. 1994). Neither of her motions complies with the Local Rules of this Court, in particular D.C.COLO.LCivR 7.1(A) (Motions - Duty to Confer) and D.C.COLO.LCivR 10.1 (Format and Copies of Papers Presented for Filing).

**IT IS THEREFORE ORDERED** that both motions **(#5, #7)** are **DENIED**, without prejudice.

Dated this 21st day of November, 2006

BY THE COURT:

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge