IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02027-MSK-BNB

ALISHA MOORE,

    Plaintiff,

v.

SUNCOR ENERGY, and
SUNCOR ENERGY U.S.A. INC.,

    Defendants.

## ORDER DENYING JOINT MOTION TO STAY

THIS MATTER comes before the Court on the parties' joint motion **(#10)** asking the Court to stay this action while they attempt to resolve the Plaintiff's claims outside of court. They ask for such stay to be in effect until June 15, 2007, or until resolution of a union grievance matter, whichever date occurs first.

Although laudable, the parties' attempts to resolve the Plaintiff's claims outside of court do not justify staying this action because, if the settlement negotiations are unsuccessful, the pretrial preparation of this matter will have been unnecessarily delayed.

**IT IS THEREFORE ORDERED** that the joint motion to stay **(#10)** is **DENIED**.

Dated this 12th day of February, 2007

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge