IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02027-MSK-BNB

ALISHA MOORE,

Plaintiff,

v.

SUNCOR ENERGY, and
SUNCOR ENERGY U.S.A. INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions (the "Motions") filed by the plaintiff:

(1) **Motion to Amend Complaint** [Doc. #14, filed 3/20/01], and

(2) **Motion to Amend Complaint** [Doc. #17, filed 3/21/01].

The Motions are identical. The plaintiff seeks leave to amend her Complaint. She does not specify the proposed amendments, nor does she attach a copy of the proposed amended complaint to either of the Motions.

The Federal Rules of Civil Procedure provide that a complaint may be amended as follows:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party.

Fed.R.Civ.P. 15(a).

A responsive pleading has not yet been served in this case. Therefore, the plaintiff may amend her pleading as a matter of course. However, the plaintiff must submit her entire proposed

amended complaint. The plaintiff may not incorporate by reference her original Complaint into the amended complaint. The amended complaint must stand alone; it must contain <u>all</u> of the plaintiff's claims. Accordingly,

IT IS ORDERED that Motions are DENIED WITHOUT PREJUDICE, subject to compliance with this Order.

IT IS FURTHER ORDERED that the plaintiff shall cease filing redundant motions.

Dated March 22, 2007.

                                                      BY THE COURT:

                                                      s/ Boyd N. Boland
                                                      United States Magistrate Judge