IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02027-MSK-BNB

ALISHA MOORE,

Plaintiff,

v.

SUNCOR ENERGY, and
SUNCOR ENERGY U.S.A. INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Amend Complaint and to Amend Caption** [Doc. #21, filed 4/2/07] (the "Motion"). The plaintiff seeks leave to amend her Complaint. She has attached a copy of the proposed amended complaint to the Motion.

The Federal Rules of Civil Procedure provide that a complaint may be amended as follows:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party.

Fed.R.Civ.P. 15(a).

A responsive pleading has not yet been served in this case. Therefore, the plaintiff may amend her pleading as a matter of course. Accordingly,

IT IS ORDERED that Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall accept the proposed amended complaint for filing.

Dated April 3, 2007.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge