IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02027-MSK-BNB

ALISHA MOORE,

    Plaintiff,

v.

SUNCOR ENERGY, and
SUNCOR ENERGY U.S.A. INC.,

    Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Tuesday, May 7, 2007 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than 15 minutes.  The parties shall be prepared to address the Motion to Dismiss Without Prejudice **(#27)** and the Motion to Amend Motion to Dismiss Without Prejudice **(#28).**

Dated this 23rd day of April, 2007

                                                BY THE COURT:

                                                Marcia S. Krieger
                                                United States District Judge