## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Paul Zuckerman

Date: May 8, 2007

Civil Action No. 06-cv-02027-MSK-BNB

*Parties*:

*Counsel Appearing:*

ALISHA MOORE,

*Pro Se*

      Plaintiff,

v.

SUNCOR ENERGY and  
SUNCOR ENERGY U.S.A., INC.,

Mark Barnes  
Kimberly Intagliata

      Defendants.

## COURTROOM MINUTES

HEARING: Law and Motions (#27 and #28)

**4:40 p.m.**  **Court in session.**

**ORDER:** Plaintiff's Motion to Dismiss **(Doc. #27)** is **DENIED** without prejudice.

Plaintiff's Motion to Amend/Correct/Modify Motion to Dismiss **(Doc. #28)** is **DENIED** without prejudice.

Plaintiff's response to defendant's Motion to Dismiss **(Doc. #26)** is due by **May 29, 2007.** Defendant's reply is due 10 days thereafter.

**5:02 p.m.**  **Court in recess.**

**Total Time: 22 minutes.**
**Hearing concluded.**